IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN,

     Plaintiff,

    v.                                Case No.  26-CV-0378

KALSHI INC., KALSHIEX LLC, KALSHI
KLEAR INC., KALSHI KLEAR LLC, KALSHI
TRADING LLC, ROBINHOOD MARKETS,
INC., ROBINHOOD DERIVATIVES LLC,
ROBINHOOD SECURITIES LLC, COINBASE
GLOBAL, INC., COINBASE FINANCIAL
MARKETS, INC., and DOES 1-20,

     Defendants.

## NOTICE OF MOTION AND MOTION TO REMAND

PLEASE TAKE NOTICE that Plaintiff, the State of Wisconsin, hereby moves the Court to remand this case to state court pursuant to 28 U.S.C. § 1447(c), for the reasons described in a brief accompanying this motion.

Dated this 14th day of May 2026.

               Respectfully submitted,

               JOSHUA L. KAUL
               Attorney General of Wisconsin

               <u>s/ Colin T. Roth</u>
               COLIN T. ROTH
               Assistant Attorney General
               State Bar #1103985

               CHARLOTTE GIBSON
               Assistant Attorney General
               State Bar #1038845

               Attorneys for Plaintiff

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636 (Roth)
(608) 957-5218 (Gibson)
(608) 294-2907 (Fax)
colin.roth@wisdoj.gov
charlie.gibson@wisdoj.gov