**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

---

STATE OF WISCONSIN,

        Plaintiff,

v.

KALSHI INC.,
KALSHIEX, LLC,                     Case No. 26-cv-378
KALSHI KLEAR, INC.,
KALSHI KLEAR, LLC,
KALSHI TRADING, LLC,
ROBINHOOD MARKETS, INC.,
ROBINHOOD DERIVATIVES, LLC,
ROBINHOOD SECURITIES, LLC,
COINBASE GLOBAL, INC.,
COINBASE FINANCIAL MARKETS, INC., and
DOES 1-20,

        Defendants.

---

**STIPULATION AND [PROPOSED] ORDER REGARDING COINBASE'S DEADLINE
TO RESPOND TO THE COMPLAINT**

---

Plaintiff State of Wisconsin ("Plaintiff" or "State") and Defendants Coinbase Global, Inc., and Coinbase Financial Markets, Inc. ("Coinbase"), by their undersigned counsel, hereby file this joint stipulation (the "Stipulation") respectfully requesting that this Court set the below requested briefing schedule in connection with Coinbase's deadline to respond to the State's Complaint.[1]

WHEREAS, on April 23, 2026, Plaintiff filed a Complaint in the State of Wisconsin Circuit Court, Dane County, Case No. 2026CV001284 (the "Action");

---

[1] Coinbase has conferred with counsel for Defendants Kalshi, Inc., KalshiEX, LLC, Kalshi Klear, Inc., Kalshi Klear, LLC, and Kalshi Trading, LLC ("Kalshi") and Robinhood Markets, Inc., Robinhood Derivatives, LLC and Robinhood Securities, LLC ("Robinhood") and confirmed they do not oppose this request or the proposed briefing schedule herein.

WHEREAS, on April 23, 2026, Plaintiff also filed a Notice of Motion and Motion for a Temporary Injunction in the Action;

WHEREAS, on April 24, 2026, Defendant Kalshi filed a Notice of Removal removing the Action from the State of Wisconsin Circuit Court, Dane County, pursuant to 28 U.S.C. §§ 1331, 1441, and 1442 (Dkt. No. 1), to which Defendants Coinbase and Robinhood consented;

WHEREAS, on April 24, 2026, counsel for Defendant Kalshi appeared in the state court case and counsel for the State contacted Kalshi's counsel to discuss a possible waiver of service;

WHEREAS, on April 28, 2026, counsel for Defendant Robinhood appeared in the removed federal case and counsel for the State contacted Robinhood's counsel to discuss a possible waiver of service;

WHEREAS, on May 1, 2026, the State physically served the Summons and Complaint on Coinbase;

WHEREAS, pursuant to Fed. R. Civ. P. 81, Coinbase's deadline to respond to the Complaint is twenty-one (21) days after service, or May 22, 2026;

WHEREAS, on May 6, 2026, the State sent waiver of service forms to counsel for Kalshi and Robinhood.  Pursuant to Fed. R. Civ. P. 4(d), Kalshi and Robinhood shall answer or otherwise respond to the Complaint by sixty (60) days from the request for a waiver of service;

WHEREAS, on May 14, 2026, Plaintiff filed a Motion to Remand the Action to the State of Wisconsin Circuit Court, Dane County;

WHEREAS, on May 18, 2026, counsel for Coinbase filed motions for admission pro hac vice in the Action;

WHEREAS, on May 19, 2026, counsel for Coinbase's motions for admission pro hac vice were granted by this Court and counsel noticed their appearances;

WHEREAS, also on May 19, 2026, the State filed affidavits of service;

WHEREAS, this Court has broad discretion to issue this jointly requested order. *See, e.g.,* Fed. R. Civ. P. 6(b) (permitting courts to "extend the time" for "an act [to] be done"); *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016) ("[D]istrict Courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases.");

WHEREAS, the State, Coinbase, Kalshi, and Robinhood agree that the requested order would not prejudice any party and that the requested relief would result in a more efficient use of the parties' resources and likewise conserve the judicial resources of this Court by aligning the responsive pleading deadlines of all Defendants;

IT IS HEREBY STIPULATED AND AGREED, by the State and Coinbase, through their undersigned counsel, subject to the approval of the Court, that Coinbase shall file and serve its responsive pleading on the State, by no later than the same deadline by which Kalshi and Robinhood's responsive pleadings are due.

DATED this 20th day of May, 2026.


Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

| | |
|---|---|
| */s/ Colin T. Roth*_____ | */s/ Barry H. Berke* |
| COLIN T. ROTH | Barry H. Berke (admitted pro hac vice) |
| Assistant Attorney General | Yaira Dubin |
| State Bar #1103985 | Jordan Estes (admitted pro hac vice) |
| | Trevor Bondy Gopnik (admitted pro hac vice) |
| CHARLOTTE GIBSON | **GIBSON, DUNN & CRUTCHER LLP** |
| Assistant Attorney General | 200 Park Avenue |
| State Bar #1038845 | New York, NY 10166 |
| | Tel:  (212) 351-2400 |
| Wisconsin Department of Justice | bberke@gibsondunn.com |
| Post Office Box 7857 | ydubin@gibsondunn.com |
| Madison, Wisconsin 53707-7857 | jestes@gibsondunn.com |
| Telephone: 608-266-7636 (Roth) | tgopnik@gibsondunn.com |
| Telephone: 608-957-5218 (Gibson) | |
| Fax: 608-294-2907 | |
| colin.roth@wisdoj.gov | |
| charlie.gibson@wisdoj.gov | |

*Attorneys for Plaintiff the State of Wisconsin*     *Attorneys for Defendants Coinbase Financial Markets, Inc. and Coinbase Global, Inc.*


IT IS SO ORDERED, this _____ day of May, 2026.


_____
Magistrate Judge Anita Marie Boor