IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN,

      Plaintiff,

      v.                                          Case No. 26-CV-378

KALSHI, INC., KALSHIEX LLC, KALSHI KLEAR
INC., KALSHI KLEAR LLC, KALSHI TRADING
LLC, ROBINHOOD MARKETS, INC., ROBINHOOD
DERIVATIVES LLC, COINBASE FINANCIAL
MARKETS, INC., and JOHN DOES 1-20,

      Defendants.

## PLAINTIFF'S NOTICE OF MOTION AND
## MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff State of Wisconsin ("State") respectfully moves for a preliminary injunction enjoining Defendants from making sports-related event contracts available for trading by customers located in Wisconsin.

The State seeks a ruling on this motion only in the event the Court denies its Motion to Remand. (Dkt. 27). In support of this motion, the State relies on the Complaint (Dkt. 1-4, Ex. 3) and, filed herewith, Plaintiff's Memorandum in Support of Motion for Preliminary Injunction, Plaintiff's Proposed Findings of

Fact in Support of Motion for Preliminary Injunction, and the Declaration of

Matthew Kennedy and its corresponding exhibits.

Dated this 9th day of June 2026.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Colin T. Roth
COLIN T. ROTH
Assistant Attorney General
State Bar #1103985

CHARLOTTE GIBSON
Assistant Attorney General
State Bar #1038845

LEWIS W. BEILIN
Assistant Attorney General
State Bar #1038835

Attorneys for Plaintiff

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636 (Roth)
(608) 957-5218 (Gibson)
(608) 266-3076 (Beilin)
(608) 294-2907 (Fax)
colin.roth@wisdoj.gov
charlie.gibson@wisdoj.gov
lewis.beilin@wisdoj.gov