**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| STATE OF WISCONSIN,<br><br>Plaintiff,<br><br>v.<br><br>KALSHI INC.,<br>KALSHIEX, LLC,<br>KALSHI KLEAR, INC.,<br>KALSHI KLEAR, LLC,<br>KALSHI TRADING, LLC,<br>ROBINHOOD MARKETS, INC.,<br>ROBINHOOD DERIVATIVES, LLC,<br>COINBASE FINANCIAL<br>MARKETS, INC., and<br>DOES 1-20,<br><br>Defendants. | Case No. 3:26-cv-00378-WMC |

---

**JOINT STIPULATION DISMISSING DEFENDANT ROBINHOOD MARKETS, INC. WITHOUT PREJUDICE**

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff State of Wisconsin ("Plaintiff") and Defendant Robinhood Markets, Inc. ("RHM") hereby stipulate and agree that the above-captioned action is voluntarily dismissed, without prejudice, against RHM. Plaintiff and RHM agree to bear their own costs, expenses, and attorneys' fees in connection with this stipulation.

This joint stipulation is made upon representation from counsel for Defendants RHM and Robinhood Derivatives, LLC that:

1. RHM will not commence any action against Plaintiff, or assert any claim against Plaintiff in any forum, arising from or relating to Robinhood Derivatives, LLC's offering of sports-related event contracts; and

2. Dismissal of RHM would not affect Plaintiff's ability to obtain any relief from Robinhood Derivatives, LLC to which it might otherwise be entitled in this litigation.

For the avoidance of doubt, this stipulation shall in no way restrict Robinhood Derivatives, LLC's ability to commence any action against Plaintiff, or assert any claim against Plaintiff in any forum, arising from or relating to Robinhood Derivatives, LLC's offering of sports-related event contracts; and, dismissal of RHM will likewise not affect Robinhood Derivatives, LLC's ability to obtain any relief from Plaintiff to which it might otherwise be entitled in this litigation.

Dated this 15th day of June, 2026.

**JOSHUA L. KAUL**
Attorney General of Wisconsin

*/s/ Colin T. Roth*
Colin T. Roth
Assistant Attorney General
State Bar # 1103985
Charlotte Gibson
Assistant Attorney General
State Bar # 1038845
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636
(608) 294-2907
colin.roth@wisdoj.gov
charlie.gibson@wisdoj.gov

*Attorneys for Plaintiff*

*/s/ Jessica Hutson Polakowski*
Jessica Hutson Polakowski
WI State Bar ID No. 1061368
**REINHART BOERNER VAN DEUREN S.C.**
22 East Mifflin Street, Suite 700
Madison, WI 53703
Tel: (608) 229-2200
Email: jpolakowski@reinhartlaw.com

Mark Cameli
WI State Bar ID No. 1012040

**REINHART BOERNER VAN DEUREN S.C.**
1000 N Water Street, Suite 1700
Milwaukee, WI 53202
Tel: (414) 298-8155
Email: mcameli@reinhartlaw.com

Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Brittany L. Sukiennik (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Email: aryan@cravath.com
Email: korsini@cravath.com
Email: bsukiennik@cravath.com

*Attorneys for Defendants Robinhood Markets, Inc., and Robinhood Derivatives, LLC*

*/s/ Sarah A. Zylstra*
Sarah A. Zylstra, State Bar No. 1033159
**BOARDMAN & CLARK LLP**
1 South Pinckney Street, Suite 410
P.O. Box 927
Madison, Wisconsin 53701-0927
(608) 283-1741
szylstra@boardmanclark.com

Grant R. Mainland
Andrew L. Porter (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
Victor Hollenberg
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
gmainland@milbank.com
aporter@milbank.com
mlaroche@milbank.com
vhollenberg@milbank.com

Neal Katyal (*pro hac vice*)
Joshua B. Sterling
William E. Havemann (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, D.C. 20005

Telephone: 202-835-7500
Facsimile: 202-263-7586
nkatyal@milbank.com
jsterling@milbank.com
whavemann@milbank.com

*Attorneys for Defendants Kalshi, Inc., KalshiEX, LLC, Kalshi Klear, Inc., Kalshi Klear, LLC, and Kalshi Trading, LLC*

*/s/ Jordan L. Estes*
Jordan L. Estes (*pro hac vice*)
Barry H. Berke (*pro hac vice*)
Yaira Dubin
Trevor B. Gopnik (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 351-2400
jestes@gibsondunn.com
bberke@gibsondunn.com
ydubin@gibsondunn.com
tgopnik@gibsondunn.com

*Attorneys for Defendant Coinbase Financial Markets, Inc.*