**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

STATE OF WISCONSIN,

          Plaintiff,

v.

KALSHI INC.,
KALSHIEX LLC,                                         Case No. 26-cv-378
KALSHI KLEAR, INC.,
KALSHI KLEAR, LLC,
KALSHI TRADING, LLC,
ROBINHOOD DERIVATIVES, LLC,
COINBASE FINANCIAL MARKETS, INC., and
DOES 1-20,

          Defendants.

---

**DEFENDANTS' MOTION REGARDING BRIEFING SCHEDULE
FOR MOTION FOR PRELIMINARY INJUNCTION**

---

Defendants Kalshi, Inc., KalshiEX LLC, Kalshi Klear, Inc., Kalshi Klear, LLC, and Kalshi Trading, LLC ("Kalshi"); Robinhood Derivatives, LLC ("Robinhood"); and Coinbase Financial Markets, Inc. ("Coinbase" and, together with Kalshi and Robinhood, "Defendants"), by their undersigned counsel, hereby file this motion (the "Motion") requesting that this Court set the below requested briefing schedule. Plaintiff State of Wisconsin ("Plaintiff") does not oppose this Motion. As grounds for this Motion, Defendants state as follows:

1. On April 23, 2026, Plaintiff filed a Complaint to Abate Public Nuisance and a Motion for a Temporary Injunction against Defendants in the State of Wisconsin Circuit Court, Dane County, Case No. 2026CV001284 (the "State Court Action");

2.   On April 24, 2026, Kalshi filed a Notice of Removal removing the State Court Action from the State of Wisconsin Circuit Court, Dane County, to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, and 1442 (ECF No. 1), to which Coinbase and Robinhood consented;

3.   On June 9, 2026, Plaintiff filed a motion for a preliminary injunction in this Action (the "Motion for Preliminary Injunction") (ECF No. 62);

4.   On June 12, 2026, the Court set the following briefing schedule for the Motion for Preliminary Injunction:

   a.   Defendants' opposition to the Motion for Preliminary Injunction is due by June 30, 2026; and

   b.   Plaintiff's reply in support of the Motion for Preliminary Injunction is due by July 14, 2026;

5.   A hearing on the Motion for Preliminary Injunction has not yet been scheduled;

6.   Defendants propose an amendment to the Court's briefing schedule for the Motion for Preliminary Injunction and respectfully submit that good cause exists to modify the current briefing schedule given the issues involved, the number of parties, and the federal holiday that falls during the briefing schedule;

7.   Plaintiff does not oppose this proposed amendment;

8.   This Court has broad discretion to issue this requested order.  *See, e.g.*, Fed. R. Civ. P. 6(b) (permitting courts to "extend the time" for "an act [to] be done"); *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016) ("[D]istrict Courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases."); and

9.   The parties agree that the requested schedule would not prejudice any party.

**NOW THEREFORE**, Defendants, through their undersigned counsel, hereby request that the Court enter an order setting the following briefing schedule for the Motion for Preliminary Injunction:

1.    Defendants shall file their opposition to the Motion for Preliminary Injunction by **July 10, 2026**; and

2.    Plaintiff shall file a reply in support of the Motion for Preliminary Injunction by **July 24, 2026**.

DATED this 24th day of June, 2026.

Respectfully submitted,

*/s/ Mark A. Cameli*
Mark A. Cameli
WI State Bar ID No. 1012040
**REINHART BOERNER VAN DEUREN S.C.**
1000 N Water Street, Suite 1700
Milwaukee, WI 53202
Tel:   (414) 298-8155
mcameli@reinhartlaw.com

Jessica Hutson Polakowski
WI State Bar ID No. 1061368
**REINHART BOERNER VAN DEUREN S.C.**
22 East Mifflin Street, Suite 700
Madison, WI 53703
Tel:   (608) 229-2200
jpolakowski@reinhartlaw.com

Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Brittany L. Sukiennik (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel:   (212) 474-1000
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Attorneys for Robinhood Derivatives, LLC*

*/s/ Sarah A. Zylstra*
Sarah A. Zylstra, State Bar #1033159
**BOARDMAN & CLARK LLP**
1 South Pinckney Street, Suite 410
P.O. Box 927
Madison, Wisconsin 53701-0927
(608) 283-1741
szylstra@boardmanclark.com

Neal Katyal (*pro hac vice*)
Joshua B. Sterling
William E. Havemann (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586
nkatyal@milbank.com
jsterling@milbank.com
whavemann@milbank.com

Grant R. Mainland
Andrew L. Porter (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
Victor Hollenberg
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
gmainland@milbank.com
aporter@milbank.com
mlaroche@milbank.com
vhollenberg@milbank.com

*Attorneys for Defendants Kalshi, Inc., KalshiEX LLC, Kalshi Klear, Inc., Kalshi Klear, LLC, and Kalshi Trading, LLC*

*/s/ Jordan L. Estes*
Barry H. Berke (*pro hac vice*)
Yaira Dubin
Jordan L. Estes (*pro hac vice*)
Trevor Bondy Gopnik (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel:   (212) 351-2400
bberke@gibsondunn.com
ydubin@gibsondunn.com
jestes@gibsondunn.com
tgopnik@gibsondunn.com

*Attorneys for Coinbase Financial Markets, Inc.*